1  Jennifer L. Jones (SBN 284624)
   jljones@proskauer.com
2  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
3  Los Angeles, CA  90067-3206
   Phone:    (310) 557-2900
4  Facsimile: (310) 557-2193

5  Attorneys for Defendants
   Madonna Louise Ciccone and Bhakti Touring, Inc.

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | BRANDO ENTERPRISES, L.P., a        | CASE NO. CV12-8994-GAF(VBKx)
   | Delaware limited partnership,
12 |
   |        Plaintiff,                   | **STIPULATION TO ADDITIONAL
13 |                                     | EXTENSION OF TIME FOR
   |                                     | DEFENDANTS MADONNA LOUISE
14 |    vs.                              | CICCONE AND BHAKTI TOURING,
   |                                     | INC. TO RESPOND TO INITIAL
15 | MADONNA LOUISE CICCONE              | COMPLAINT**
   | (p/k/a/ "Madonna"), an individual;
16 | BHAKTI TOURING, INC., a Nevada
   | Corporation; and DOES 1-10, inclusive, | Complaint served:  November 5, 2012
17 |                                     | Current response date:  January 21, 2013
   |        Defendants.                  | New response date:  February 18, 2013
18 |
                                         | Hon. Gary A. Feess
19

20

21

22

23

24

25

26

27

28

1  Plaintiff Brando Enterprises, L.P. ("Plaintiff"), and defendants Madonna Louise Ciccone and Bhakti Touring, Inc. (collectively, "Defendants"), by and through their respective counsel, enter into the following stipulation:

WHEREAS, Plaintiff served Defendants with the summons and complaint on November 5, 2012, so that the response to the complaint was due by December 7, 2012;

WHEREAS, pursuant to Local Rule 8-3, the parties filed a stipulation extending the time to respond to the initial complaint by 30 days to January 7, 2013 (Dkt. 7) because they were engaged in settlement discussions, and then filed an additional stipulation extending the time to respond to the initial complaint to January 21, 2012 because settlement discussions were still ongoing (Dkt. 8);

WHEREAS, the parties have reached a settlement in principle but need additional time to execute the settlement agreement;

THEREFORE, the parties stipulate to an order further extending the time for Defendants to respond to the initial complaint from January 21, 2013 to February 18, 2013.

Counsel for Plaintiff has authorized this filing and concurs in the content of this filing.

DATED: January 18, 2013

Charles J. Harder
HARDER MIRELL & ABRAMS LLP

By: _____/s/_____
Charles J. Harder
*Attorneys for Plaintiff*
Brando Enterprises, L.P.

DATED: January 18, 2013

Jennifer L. Jones
PROSKAUER ROSE LLP

By: _____/s/_____
Jennifer L. Jones
*Attorneys for Defendants*
Madonna Louise Ciccone and
Bhakti Touring, Inc.

-1-