1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDO ENTERPRISES, L.P., a Delaware limited partnership, | CASE NO. CV12-8994-GAF(VBKx) |
| Plaintiff, | |
| vs. | ORDER ON **JOINT STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| MADONNA LOUISE CICCONE (p/k/a/ "Madonna"), an individual; BHAKTI TOURING, INC., a Nevada Corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Brando Enterprises, L.P., Defendant Madonna Louise Ciccone, and Defendant Bhakti Touring, Inc. hereby stipulate that this action and all claims asserted herein by the Plaintiff are hereby dismissed *with prejudice*. Each party is to bear its own costs and attorney's fees. The Clerk shall close this file.

<u>Attestation for E-Filing of Multiple Electronic Signatures</u>

I, Jennifer L. Jones, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

DATED: March 12, 2013

Charles J. Harder
HARDER MIRELL & ABRAMS LLP

By: _____
/s/
Charles J. Harder
*Attorneys for Plaintiff*
Brando Enterprises, L.P.

DATED: March 12, 2013

Jennifer L. Jones
PROSKAUER ROSE LLP

By: _____
/s/
Jennifer L. Jones
*Attorneys for Defendants*
Madonna Louise Ciccone and
Bhakti Touring, Inc.

**IT IS SO ORDERED**

Dated: March 14, 2013

_____
Hon. Gary Allen Feess
United States District Judge

-1-